Patrick F. Bright (SBN 68709)
WAGNER, ANDERSON & BRIGHT, PC
10524 W. Pico Blvd. Suite 214
Los Angeles, California 90064
Tel.: (310) 876-1831
Fax: (310) 559-9133
E-mail: pbright@brightpatentlaw.com

Attorneys for Plaintiff Mega Distribution Int'l. Inc.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MEGA DISTRIBUTION INT'L. INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>ULTRA BRIGHT LIGHTZ, LLC, a New York Limited Liability Company,<br><br>Defendant. | Case No. 2:16-cv-3196-JVS-JPRx<br><br>**JUDGMENT AGAINST DEFENDANT ULTRA BRIGHT LIGHTZ LLC** |

The Court, based upon the stipulation of the parties, makes the following findings and final order against Defendant Ultra Bright Lightz, LLC ("UBL").

(1) This Court has jurisdiction over this suit against UBL, for infringement of U.S. Patent D614,986 ("the '986 patent"), and has personal jurisdiction over UBL. Venue is proper in this Court.

(2) Plaintiff Mega Distribution Int'l Inc. ("Mega") is the owner of the '986 patent;

(4) Mega is awarded money damages of $8,000.00;

(5) The Court shall enter judgment in favor of Mega and against UBL for the

**1** [Proposed] Judgment

sum of $8,000.00.

Based on these findings, IT IS HEREBY ORDERED THAT:

1. UBL shall pay Mega the total sum of $8,000.00 as damages for infringement of the '986 patent.
2. Upon payment from UBL to Mega of the sum of $8,000.00, this case will be dismissed.

Dated: June 17, 2016

_____

Judge James V. Selna, U.S. District Court